AP-77,041
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/29/2015 8:55:57 AM
Accepted 4/29/2015 9:04:28 AM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS OF TEXAS AT AUSTIN**

FILED IN
COURT OF CRIMINAL APPEALS

April 29, 2015

ABEL ACOSTA, CLERK

| | |
|---|---|
| **BRIAN SUNIGA,** Appellant | § § § |
| | § |
| **v.** | § § |
| | § **No. AP-77,041** |
| **THE STATE OF TEXAS,** Appellee | § § § |
| | § |
| _____ | § |

## MOTION TO ABATE APPEAL FOR THE TRIAL COURT TO ENTER FINDINGS OF FACT AND CONCLUSIONS OF LAW AND FOR COMPLETION OF APPELLATE RECORD

Comes now, Brian Suniga, Appellant, by and through counsel and files this

Motion to Abate Appeal for the Trial Court to Enter Findings of Fact and

Conclusions of Law and for Completion of Appellate Record, pursuant to TEX.

CODE CRIM. PROC. Art. 33.07, TEX. R. APP. P. 34.5 (c)(1) and 34.6(d), and *Cullen*

*v. State*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006), in support whereof

Appellant states the following:

Appellant was convicted of capital murder and sentenced to death in the

140th Judicial District Court, Lubbock County, Texas, the Honorable Jim B.

Darnell presiding, Case # 2012-434,109. Appellant filed a designation of the

record on June 27, 2014, of which a copy is attached as Exhibit A. Appellant's

1

brief is currently due to be filed in this Court on May 1, 2015, the Clerk's Record having been filed on September 19, 2014, and the Reporter's Record having been filed on April 1, 2015. Upon a preliminary review of the record, it has come to counsel's notice that there are omissions from both the Clerk's Record and the Reporter's Record which must be remedied before the Appellant's Opening Brief can be prepared:

a) Counsel for Mr. Suniga at trial argued a Motion to Suppress based on the Fourth Amendment to the United States Constitution. 28 RR 12-19. No copy of that Motion as filed is present in the record, although it is mentioned during the hearing on the Motion to Suppress. 28 RR 12.[1]

b) After the denial of the Motion to Suppress, the trial court was asked by counsel for Mr. Suniga to prepare Findings of Fact and Conclusions of Law. 32 RR 9. The court indicated that it would do so, and stated that the Findings and Conclusions would be filed after the conclusion of the case. 32 RR 12. No Findings and Conclusions are included in the Clerk's Record despite trial counsel's request.

c) It is clear from the record that at least one note was sent out by the jury during deliberations. 35 RR 44 (reference by court reporter to "First Jury Note."). However, no jury notes are contained in the Clerk's Record.

d) Defense counsel at trial filed two motions for a change of venue, which appear at 3 CR 1849-58 and 3 CR 1958-85. There were two CD-ROM exhibits to the first motion, Exhibits C & D, and one to the second motion, Exhibit F. None of those CD-ROM exhibits have been provided as part of the appellate record.

---

[1]The Clerk of Court was unable to locate a copy of that Motion, but one has now been produced by the Office of the District Attorney, and the trial court has already instructed that it be used to supplement the record.

e)  Pursuant to TEX. R. APP. P. 34.5, the Clerk must include in the appellate record a copy of the trial court's docket sheet.  However, the docket sheet contained in the Clerk's Record gives little more than the style of the case, but has no actual entries concerning filings, hearings or other activity in the case.  1 CR 8.  Upon inquiry by Appellant's counsel as to whether there was in fact a complete docket sheet, counsel was provided only with a computerized "Case Summary" which is incomplete - for example, a pretrial hearing of November 15, 2013, for which there is a transcript volume (Volume 2 of the Reporter's Record) is not entered on that summary.  In fact, no entries at all appear from August 22, 2013 to March 11, 2014, despite the fact that jury selection in this capital case began at the end of March 2014.  On examining the "Case Summary," which is attached as Exhibit B, it is clear that some hearings have not been transcribed, even though the Designation of Record sought "all hearings before the Court." For example, there are entries in the Case Summary indicating that hearings were held on September 28, 2012; November 30, 2012; August 2, 2013; August 6, 2013; September 23, 2013 and December 5, 2013, well as possible hearings on April 26, 2012 and August 9, 2012.[2]  There may be other hearings that have not been transcribed but, because of the lack of a complete docket sheet, it is currently impossible to tell.[3]

f)  No record has been provided of some specific proceedings.  For example, there is no transcript of the initial jury call and taking of juror excuses. According to trial counsel, with whom undersigned counsel has conferred, there was also a hearing concerning an attempt by Appellant to discharge trial counsel, with whom Appellant was dissatisfied.  That hearing may have been conducted in chambers.  No record has been provided of either of

---

[2]These two dates are listed as "Plea Negotation Conf" (sic) and it is unclear whether they were in fact hearings or court-mandated discussions between the parties.

[3]Undersigned counsel has inquired of the court reporter whether there are remaining untranscribed hearings.  The court reporter has inspected a daily log that he keeps, and states that he has not found any untranscribed hearings.  However, the court reporter states he does not keep a list of all hearings in a specific case, and it therefore appears possible that bringing a complete list of specific hearing dates to his notice will ensure that all hearings have in fact been transcribed.  Undersigned counsel has also requested the time sheets of counsel for Mr. Suniga at trial in order to ensure that all hearing dates in this case can be identified.

3

those hearings.

g) Furthermore, inspection of the recently-provided "Case Summary" shows entries revealing that there were letters - of which no description is given - filed in the case but not contained in the Clerk's Record, as well as many sealed documents, motions and orders, which are not reflected in the existing Clerk's Record in any way.

With regard to sealed matters, there are two areas where undersigned counsel requires access to the material in question:

First, defense counsel at trial filed numerous motions and documents under seal and obtained orders, which were also filed under seal. Those filings have only recently come to undersigned counsel's notice, since their very existence is not apparent at all from the existing incomplete Clerk's Record. Undersigned counsel requests the provision of copies of those filings, with the originals to continue to be kept under seal. Without these copies, it cannot be ascertained whether any matter pertaining to them should be raised on appeal, in which case an appropriate motion for unsealing can be filed. In the event that any of the filings in question were made by the State, undersigned counsel requests that she be so notified by the clerk, so that she can, if necessary, move for the unsealing of the items in question or for them to be provided to counsel on a confidential basis.

Second, the juror information cards and questionnaires in this capital case have not been included in the appellate record as they are protected from public

4

disclosure under TEX. CODE CRIM. PROC. Art. 35.29. Article 35.29 makes no specific provision for the supply of that information to appellate counsel, although it does do so with regard to successor counsel in Art. 11.071 proceedings. Nonetheless, such juror information may be pertinent to, *e.g.*, a comparison of jurors for the purpose of a *Batson v. Kentucky*, 476 U.S. 79, 86 (1986) issue, *see, e.g., Bess v. State*, 2013 Tex. Crim. App. Unpub. LEXIS 334 (Tex. Crim. App. 2013)(not designated for publication)(comparative juror analysis compares the response of a truck panel member to the responses of other panelists with similar characteristics who were not struck). That information would also be relevant in ascertaining the degree of prejudice caused by the improper introduction of evidence that would be of particular relevance to a particular juror because of their background or sensibilities. Undersigned counsel therefore requests copies of the juror information cards and questionnaires in this case, to be maintained by counsel as confidential until and unless public disclosure is sought, if relevant to the issues in this case.

## LEGAL PRINCIPLES CONCERNING PROVISION OF APPELLATE RECORD.

As explained above, it is apparent that the record of this case is far from complete. Even the basic requirement under TEX. R. APP. P. 34.5 of providing a

docket sheet has not been complied with; *see also* TEX. CODE CRIM. PROC. Art. 33.07 (creating duty for trial court clerk to keep a record of each criminal action and the dates of the proceedings therein).

The importance of the appellate record in a criminal case, particularly a capital case where an Appellant's life is at stake, is well-established. In *Griffin v. Illinois*, 351 U.S. 12 (1956) the Supreme Court held that an indigent criminal defendant has a right to the provision of the transcript of his trial, rooted in the Due Process and Equal Protection Clauses of the Fourteenth Amendment. The right to a transcript when faced with "devastatingly adverse action" by the State was re-affirmed in *M.L.B. v. S.L.J.*, 519 U.S. 102, 117 (1996) (petitioner entitled to free transcript in case concerning termination of parental rights).

This motion is also based on Appellant's rights to due process, equal protection, and effective assistance of appellate counsel in view of the heightened Eighth Amendment reliability requirements in capital cases. *Gilmore v. Taylor*, 508 U.S. 333, 342 (1993); *Woodson v. North Carolina*, 428 U.S. 280, 305 (1976). *See also Monge v. California*, 524 U.S. 721, 732 (1998)("acute need" for reliability in capital sentencing proceedings); *accord Deck v. Missouri*, 544 U.S. 622, 632-33 (2005).

6

Moreover, recently the right of an incarcerated individual to full access to the courts in order to vindicate violations of fundamental rights was discussed by this Court, in holding that an indigent inmate's access to his trial transcript must not be impeded. *In re Bonilla*, 424 S.W.3d 528, 533 (Tex. Crim. App. 2014) (indigent inmate had clear right to access to information about cost of obtaining trial transcript, which was required by "unequivocal, well-settled, and clearly controlling legal principles").

It is not only the inmate's right to have the record in his case, but also counsel's duty to ensure that a complete record is before the court, since the appealing party must present the appellate tribunal with the record necessary to establish a right to relief. *Newman v. State*, 331 S.W.3d 447 (Tex. Crim. App. 2011)(appellant who presented no record of a hearing concerning his speedy trial claim should have lost in court of appeals). Moreover, the duty of counsel in a capital case to ensure that the official record of the proceedings is complete is one explicitly imposed by the State Bar of Texas: *Guidelines and Standards for Texas Capital Counsel*, Texas Bar Journal 966-982 (November 2006), *see* Guideline 11.1.C: "Counsel at every stage have an obligation to satisfy themselves independently that the official record of the proceedings is complete and to supplement it as appropriate;" Guideline 12.2.A.7:

7

Counsel must recognize that errors are often committed by the clerk in preparation of the clerk's transcript, and by the court reporter in compiling the reporter's transcript, therefore counsel must ensure that the record is true, correct and complete in all respects. If errors or omissions are found, objections to the record must be immediately filed with the trial or appellate courts, to obtain corrections or hearings to insure reliability of the record.

Where the Clerk's Record or Reporter's Record is found to be incomplete, the appellate court may direct the trial court clerk and court reporter to prepare, certify, and file the missing items or record in the appellate court. TEX. R. APP. P. 34.5 (c)(1) and TEX. R. APP.P. 34.6(d).

With regard to the absence of the trial court's promised findings of fact and conclusions of law on the Motion to Suppress, these must be provided upon Appellant's timely request. *Cullen v. State*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006)(upon request of the losing party on a motion to suppress evidence, the trial court shall state its essential findings); *See also State v. Elias*, 339 S.W.3d 667, 674 (Tex. Crim. App. 2011) (requirement of findings of fact and conclusions of law assures that appellate court has adequate basis upon which to review trial court's application of law to fact, based on reality of what occurred in trial court and not on possibly fictitious assumptions).

8

## CONCLUSION AND PRAYER.

Appellant's opening brief cannot be filed before the record in the case is complete and before the Findings of Fact and Conclusions of Law on Appellant's Motion to Suppress are prepared by the trial court. Given the number of omissions in the current record, and their importance, for briefing to continue at this point would deprive Appellant of his right to effective counsel on appeal and would almost inevitably result in confusing piecemeal litigation of Appellant's case.

WHEREFORE, Appellant Brian Suniga, prays the Court of Criminal Appeals abate this case and its briefing schedule with immediate effect from the date that this motion is filed, and remand this case to the 140th District Court with instructions to that court to prepare and file the missing Findings of Fact and Conclusions of Law.

Appellant also specifically prays that this Court order the Clerk of the 140th District Court to provide a supplemental Clerk's Record containing:

a) A copy of Appellant's Motion to Suppress together with its exhibits;

b) Copies of any and all jury notes and any written responses to them provided by the trial court;

c) Copies of the three missing CD-ROM exhibits to Appellant's Motions for Change of Venue, 3 CR 1849-58 and 3 CR 1958-85;

9

d) A complete docket sheet indicating all hearings conducted and all motions, orders or other filings, including any sealed filings, made in the trial court, and the date of each hearing or filing, and an indication of the party filing any sealed pleading. A copy of that docket sheet should also be provided to the court reporter in this case;

e) Copies of all pleadings, motions, orders, correspondence or other items filed in the trial court and not previously provided in the Clerk's Record, with copies of any *ex parte* sealed pleadings by the defense to be provided separately to counsel for Appellant.

In addition, Applicant prays that the Clerk be directed to provide copies of all jury cards and questionnaires to Appellant's counsel, to be maintained as confidential until and unless public disclosure is sought, if relevant to the issues in this case.

Appellant further prays that this Court order the Court Reporter of the 140th District Court, after reviewing the docket sheet to be prepared by the Clerk of Court, to provide a supplemental Reporter's Record of any hearing or proceeding conducted in this cause not already provided, including transcripts of any hearings conducted in chambers that were not ordered by the trial court to be placed under seal. If any hearing was ordered by the trial court to be one whose transcript should be sealed, Appellant prays that the Court Reporter be directed to notify counsel for Appellant of the existence of such a hearing and its date.

Appellant further prays for a period of thirty days from the time that the

10

findings of fact and conclusions of law are filed, and the supplemental Clerk's

Record and Reporter's Record filed, in order to review the additional materials, in

accordance with TEX. R. APP. P. 38.6 which provides thirty days for the

preparation of an Appellant's Brief after the record is filed.

Respectfully submitted,

HILARY SHEARD
Law Office of Hilary Sheard
7301 Burnet Road # 102-328
Austin, Texas 78757
Phone (512) 524 1371
Fax (512) 646 7067
HilarySheard@Hotmail.com

*Attorney for Appellant .*

11

## CERTIFICATE OF SERVICE

I certify that on April 29 , 2015, a copy of the foregoing pleading was served electronically via www.efileTexas.gov on:

Jeffrey S. Ford, Esq.
Chief - Appellate Division
Lubbock County District Attorney's Office
Lubbock County Courthouse
904 Broadway - 2nd Floor
P.O. Box 10536
Lubbock, Texas 79408.
JFord@LubbockCDA.com


Hilary Sheard.

# EXHIBIT A

<u>NO. 2012-434,109</u>

STATE OF TEXAS

VS.

BRIAN SUNIGA

IN THE DISTRICT COURT

140TH JUDICIAL DISTRICT

LUBBOCK COUNTY, TEXAS

FILED FOR RECORD
DISTRICT CLERK LUBBOCK CO.
BY.
2014 JUN 21 AM 8: 57
DEPUTY

## <u>DESIGNATION OF RECORD ON APPEAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant in the above styled and numbered cause and files this Designation of Record on Appeal, pursuant to Rule 34 of the Texas Rules of Appellate Procedure, and requests that the Clerk and Court Reporter of this Honorable Court make and prepare as part of the record in the appeal of this cause true and correct copies of the following matters in this cause and in any predecessor causes:[1]

1.    All pleadings and motions filed by the Defendant or by the State of Texas, and all rulings of the Court thereon, including any post-judgment motions and orders.

2.    All docket entries made by the Court.

3.    A complete reporter's record, including testimony, arguments of counsel and rulings of the Court, at any and all hearings before the Court, including any status or pretrial hearings, the entire jury selection, and both phases of the jury trial, and all bills of exception and attempted bills of exception made by defense counsel or by the State of Texas.

---

[1]The Court's Order Appointing Counsel and Ordering Record on Appeal of June 5, 2014, has already recognized that Mr. Suniga is indigent and cannot pay for the costs of an appellate record.

1

4. All correspondence or other communications between the Trial Court and the defendant, counsel for the defense, counsel for the State of Texas, any witness, and any other person in connection with this case.

5. All subpoenas and returns issued by either party at any stage of the proceedings.

6. All communications between the Trial Court and the jury.

7. All bench conferences, comments or rulings of the Court.

8. All findings of fact and conclusions of law, requests therefore, and proposed findings and conclusions, and orders of the Court respecting same.

9. Any plea bargain agreement between the Defendant and the State.

10. Any judicial finding of indigency of the Defendant.

11. The charge of the court at both the trial on the merits and the sentencing phase.

12. The verdict forms from both the trial on the merits and the sentencing phase.

13. The judgment and sentence of the Court.

14. The Defendant's Notice of Appeal, if any.

15. The originals of the exhibits introduced into evidence, including any videotape or DVD recording admitted into evidence.

16. The originals of all exhibits tendered as evidence before the Court, or requested by defense counsel or by the State of Texas to be made a part of the appellate record or of any bill of exceptions, including any videotape or DVD recording.

17. The Designation of Record on Appeal.

18. All requests for extensions of time to file the Reporter's Record in this cause, and the Orders of the Court with respect thereto.

19. Any Motion to Correct or Supplement the Record in this cause, all testimony adduced at the hearing on said motion, and the Order of the Court with respect thereto.

20. The Order of the Court approving the record in this cause.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that the Clerk and the Court Reporter of this Court make and prepare as part of the record in the appeal of this cause true and correct copies of all matters listed above, and make them a part of the record in the appeal of this cause.

Respectfully submitted,

HILARY SHEARD
Texas Bar # 50511187
7301 Burnet Road, # 102-328
Austin, TX 78757
Phone: (512) 524 1371
Fax: (512) 646 7067
HilarySheard@Hotmail.com

*Counsel for Brian Suniga, Appellant.*

3

## CERTIFICATE OF SERVICE

I certify that on June 24, 2014, a copy of the foregoing pleading was served via U.S. Mail on:

Jeffrey S. Ford, Esq.
Chief - Appellate Division
Lubbock County District Attorney's Office
Lubbock County Courthouse
904 Broadway - 2nd Floor
P.O. Box 10536
Lubbock, Texas 79408.


Hilary Sheard.

4

# EXHIBIT B

# CASE SUMMARY

**Case number:** 2012434109
**Style:** Texas, The State of
**vs.** SUNIGA, BRIAN

**File Date:** 02/29/2012
**Disposition Date:** 05/15/2014

**Case Type:** CAPITAL MURDER-OTH FELONY
**Court:** D140

| Events | Code | Description | Event Date | Actn Date | Comments |
|---|---|---|---|---|---|
| 1 | CNRC | CASE RECV BY CDA | 12/27/2011 | / / | |
| 2 | GJUR | SCHEDULED FOR GRAND JURY | 02/22/2012 | 02/22/2012 | |
| 3 | CFGJ | CASE FILED GRAND JURY | 02/22/2012 | 02/22/2012 | |
| 4 | GJUR | SCHEDULED FOR GRAND JURY | 02/28/2012 | 02/28/2012 | |
| 5 | CFGJ | CASE FILED GRAND JURY | 02/28/2012 | 02/28/2012 | |
| 6 | TRAN | TRANSFER CASE | 02/29/2012 | / / | |
| 7 | INDT | INDICTMENT FILED DIST COURT | 02/29/2012 | / / | |
| 8 | CAPI | CAPIAS ISSUED | 02/29/2012 | / / | |
| 9 | ARGN | ARRAIGNMENT DOCKET | 03/01/2012 | 03/01/2012 | |
| 10 | CART | CAPIAS RETURNED - SERVED | 03/05/2012 | 02/29/2012 | |
| 11 | PNCH | PLEA NEGOTIATION CONF | 04/26/2012 | 04/26/2012 | |
| 12 | DOCU | DOCUMENT | 03/07/2012 | 03/07/2012 | OSSL-DISM/REINDICTED |
| 13 | DOCU | DOCUMENT | 03/07/2012 | 03/07/2012 | MDIS/DCRI |
| 14 | DOCU | DOCUMENT | 03/07/2012 | 03/07/2012 | MOTION TO TRANSFER |
| 15 | DOCU | DOCUMENT | 03/07/2012 | 03/07/2012 | ORDER OF THE COURT TO |
| 16 | DOCU | DOCUMENT | 03/07/2012 | 03/07/2012 | WITNESS PAIGE THOMAS RET |
| 17 | DOCU | DOCUMENT | 03/07/2012 | 03/07/2012 | ORAR |
| 18 | ORAR | ORDER OF ARRAIGNMENT | 03/08/2012 | 03/01/2012 | |
| 19 | OCAA | ORDER COURT APPOINTED | 03/13/2012 | 03/05/2012 | |
| 20 | MOTN | MOTION | 04/11/2012 | 04/11/2012 | FOR FUNDING OF DOC & |
| 21 | ORDR | ORDER | 04/11/2012 | 04/11/2012 | GRANTING DOC & DISCOVERY |
| 22 | MOTN | MOTION | 04/13/2012 | 04/13/2012 | DOCUMENT SEALED |
| 23 | ORDR | ORDER | 04/13/2012 | 04/13/2012 | DOCUMENT SEALED |
| 24 | MOTN | MOTION | 04/11/2012 | 04/11/2012 | DOCUMENT SEALED |
| 25 | ORDR | ORDER | 04/11/2012 | 04/11/2012 | DOCUMENT SEALED |
| 26 | MOTN | MOTION | 04/11/2012 | 04/11/2012 | DOCUMENT SEALED |
| 27 | ORDR | ORDER | 04/11/2012 | 04/11/2012 | DOCUMENT SEALED |
| 28 | MOTN | MOTION | 04/24/2012 | 04/24/2012 | DOCUMENT SEALED |
| 29 | ORDR | ORDER | 04/24/2012 | 04/24/2012 | DOCUMENT SEALED |
| 30 | RQST | REQUEST | 04/25/2012 | 04/25/2012 | |
| 31 | SPAP | SUBPOENA APPLICATION | 04/25/2012 | 04/25/2012 | |
| 32 | SPNA | SUBPOENA ISSUED | 04/25/2012 | 04/25/2012 | |
| 33 | SPAP | SUBPOENA APPLICATION | 04/25/2012 | 04/25/2012 | |

# CASE SUMMARY

Case number:2012434109
Style: Texas, The State of
vs. SUNIGA, BRIAN

File Date:02/29/2012
Disposition Date:05/15/2014

Case Type:CAPITAL MURDER-OTH FELONY
Court: D140

| Events | Code | Description | Event Date | Actn Date | Comments |
|---|---|---|---|---|---|
| 34 | SPNA | SUBPOENA ISSUED | 04/25/2012 | 04/25/2012 | |
| 35 | NOTC | NOTICE | 04/26/2012 | 04/26/2012 | |
| 36 | PNCH | PLEA NEGOTIATION CONF | 08/09/2012 | 08/09/2012 | |
| 37 | NOTC | NOTICE | 05/22/2012 | 05/22/2012 | THIS DOCUMENT IS SEALED |
| 38 | MOTN | MOTION | 05/22/2012 | 05/22/2012 | DOCUMENT SEALED |
| 39 | ORDR | ORDER | 05/22/2012 | 05/22/2012 | DOCUMENT SEALED |
| 40 | DOCU | DOCUMENT | 06/05/2012 | 05/24/2012 | VICTIM ASSISTANCE SERVICES |
| 41 | DOCU | DOCUMENT | 06/05/2012 | 05/24/2012 | NOTC TO DIVO - DAVID ROWSER |
| 42 | DOCU | DOCUMENT | 06/05/2012 | 05/24/2012 | NOTC TO DIVO-SHERI |
| 43 | DOCU | DOCUMENT | 06/05/2012 | 05/24/2012 | NOTC TO DIVO-JONATHAN |
| 44 | MOTN | MOTION | 06/28/2012 | 06/27/2012 | REQ ENDORSEMENT OF NAMES OF |
| 45 | ORDR | ORDER | 06/28/2012 | 06/28/2012 | GRANTING MOTN ENDORSEMENT |
| 46 | DOCU | DOCUMENT | 06/28/2012 | 06/28/2012 | DOCUMENT SEALED |
| 47 | MOTN | MOTION | 06/28/2012 | 06/28/2012 | DOCUMENT SEALED |
| 48 | ORDR | ORDER | 06/28/2012 | 06/28/2012 | DOCUMENT SEALED |
| 49 | DOCU | DOCUMENT | 06/28/2012 | 06/28/2012 | DOCUMENT SEALED |
| 50 | MOTN | MOTION | 06/28/2012 | 06/28/2012 | DOCUMENT SEALED |
| 51 | ORDR | ORDER | 06/28/2012 | 06/28/2012 | DOCUMENT SEALED |
| 52 | DOCU | DOCUMENT | 06/28/2012 | 06/28/2012 | DOCUMENT SEALED |
| 53 | MOTN | MOTION | 06/28/2012 | 06/28/2012 | DOCUMENT SEALED |
| 54 | ORDR | ORDER | 06/28/2012 | 06/28/2012 | DOCUMENT SEALED |
| 55 | ORDR | ORDER | 07/10/2012 | 07/10/2012 | DOCUMENT SEALED |
| 56 | ORDR | ORDER | 07/13/2012 | 07/13/2012 | DOCUMENT SEALED |
| 57 | ORDR | ORDER | 07/19/2012 | 07/19/2012 | DOCUMENT IS SEALED |
| 58 | SSRV | SUBPOENA SERVED | 07/24/2012 | 04/27/2012 | |
| 59 | SSRV | SUBPOENA SERVED | 07/25/2012 | 04/27/2012 | |
| 60 | PTCH | PRETRIAL CONFERENCE HEARING | 09/28/2012 | 09/28/2012 | |
| 61 | LETT | LETTER | 09/06/2012 | 08/07/2012 | |
| 62 | PTMO | PRETRIAL MOTION | 09/21/2012 | 09/21/2012 | ALLOW DEF TO APPEAR IN |
| 63 | PTMO | PRETRIAL MOTION | 09/21/2012 | 09/21/2012 | DISCOVERY |
| 64 | PTMO | PRETRIAL MOTION | 09/21/2012 | 09/21/2012 | DISCOVER ST'S TO OFFER ACTS OF |
| 65 | PTMO | PRETRIAL MOTION | 09/21/2012 | 09/21/2012 | FOR ACCESS TO PHYS EVID & |
| 66 | PTMO | PRETRIAL MOTION | 09/21/2012 | 09/21/2012 | DISCOVERY OF PHOTOGRAPHS |

# CASE SUMMARY

Case number:2012434109
    Style:Texas, The State of
    vs. SUNIGA, BRIAN

File Date:02/29/2012
Disposition Date:05/15/2014

Case Type:CAPITAL MURDER-OTH FELONY
    Court:D140

| Events | Code | Description | Event Date | Actn Date | Comments |
|---|---|---|---|---|---|
| 67 | PTMO | PRETRIAL MOTION | 09/21/2012 | 09/21/2012 | PRESERVE RIGHT TO FILE ADDT'L |
| 68 | PTMO | PRETRIAL MOTION | 09/21/2012 | 09/21/2012 | PRODUCTION OF GJ TRANSCRIPT |
| 69 | PTMO | PRETRIAL MOTION | 09/21/2012 | 09/21/2012 | PROD EXCULP, IMPEACH, |
| 70 | PTMO | PRETRIAL MOTION | 09/21/2012 | 09/21/2012 | DISCOVERY WITNESS STATEMENTS |
| 71 | PTMO | PRETRIAL MOTION | 09/21/2012 | 09/21/2012 | RQSTS NOTC ST'S USE OF |
| 72 | PTMO | PRETRIAL MOTION | 09/21/2012 | 09/21/2012 | PRECLUDE DEF BEING SHACKLED |
| 73 | PTMO | PRETRIAL MOTION | 09/21/2012 | 09/21/2012 | ALLOW 20 DAY NOTC |
| 74 | PTCH | PRETRIAL CONFERENCE HEARING | 11/30/2012 | 11/30/2012 | |
| 75 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | CAPITAL SENTENCING |
| 76 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | 37.071 UNCONSTITUTIONAL |
| 77 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | EXCULPATORY AND/OR |
| 78 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | GASKIN MOTION |
| 79 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | NEXUS LIMMITATION |
| 80 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | 37.071 UNCONSTITUTIONAL |
| 81 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | 37.071 UNCONSTITUTIONAL-LACK |
| 82 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | 37.071 CONSTITUTIONAL-LACK OF |
| 83 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | 37.071 UNCONSTITUTIONAL |
| 84 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | JURY SELECTION |
| 85 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | LIST VENIREMEN SUMMONED |
| 86 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | INDIVIDUAL VOIR DIRE |
| 87 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | VOIR DIRE EXPERT WITNESSES |
| 88 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | NOTC ST'S USE CERT COPIES OF |
| 89 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | DISC PROSECUTION EXPERTS |
| 90 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | COURT RPRTR REC PROCEEDINGS |
| 91 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | DISC OF PUNISHMENT EVIDENCE |
| 92 | PTMO | PRETRIAL MOTION | 11/19/2012 | 11/19/2012 | NOTC ST'S USE EXTRAN OFFENSES |
| 93 | MOTN | MOTION | 11/27/2012 | 11/26/2012 | THIS DOCUMENT IS SEALED |
| 94 | ORDR | ORDER | 11/27/2012 | 11/26/2012 | THIS DOCUMENT IS SEALED |
| 95 | MOTN | MOTION | 11/27/2012 | 11/26/2012 | THIS DOCUMENT IS SEALED |
| 96 | ORDR | ORDER | 11/27/2012 | 11/26/2012 | THIS DOCUMENT IS SEALED |
| 97 | MOTN | MOTION | 11/27/2012 | 11/26/2012 | THIS DOCUMENT IS SEALED |
| 98 | ORDR | ORDER | 11/27/2012 | 11/27/2012 | THIS DOCUMENT IS SEALED |
| 99 | MOTN | MOTION | 12/03/2012 | 12/03/2012 | VIEW & PHOTOGRAPH TATTOOS |

# CASE SUMMARY

Case number:2012434109
Style: Texas, The State of
vs. SUNIGA, BRIAN

Case Type:CAPITAL MURDER-OTH FELONY
Court: D140

File Date:02/29/2012
Disposition Date:05/15/2014

| Events | Code | Description | Event Date | Actn Date | Comments |
|--------|------|-------------|------------|-----------|----------|
| 100 | ORDR | ORDER | 12/03/2012 | 12/03/2012 | GRANTING ST'S MOTN TO |
| 101 | MOTN | MOTION | 12/10/2012 | 12/07/2012 | THIS DOCUMENT IS SEALED |
| 102 | ORDR | ORDER | 12/10/2012 | 12/07/2012 | THIS DOCUMENT IS SEALED |
| 103 | NGJT | NOT GUILTY JURY TRIAL DOCKET | 09/23/2013 | 09/23/2013 | |
| 104 | RQST | REQUEST | 02/11/2013 | 02/11/2013 | |
| 105 | SPAP | SUBPOENA APPLICATION | 02/11/2013 | 02/11/2013 | |
| 106 | SPDT | SUBPOENA DUCES TECUM | 02/12/2013 | 02/12/2013 | |
| 107 | MOTN | MOTION | 04/01/2013 | 04/01/2013 | GRANTING DEF'S MOTN FOR DISC |
| 108 | ORDR | ORDER | 04/01/2013 | 04/01/2013 | GRANTING DEF'S MOTN FOR DISC |
| 109 | MOTN | MOTION | 05/24/2013 | 05/21/2013 | TO DISMISS INDICTMENT |
| 110 | PTCH | PRETRIAL CONFERENCE HEARING | 08/02/2013 | 08/02/2013 | |
| 111 | MOTN | MOTION | 07/23/2013 | 07/23/2013 | TO ALLOW DEF EQUAL ACCESS |
| 112 | RQST | REQUEST | 07/23/2013 | 07/23/2013 | |
| 113 | RQST | REQUEST | 07/23/2013 | 07/23/2013 | |
| 114 | PREC | PRECEPT ISSUED | 07/24/2013 | 07/24/2013 | |
| 115 | PREC | PRECEPT ISSUED | 07/24/2013 | 07/24/2013 | |
| 116 | MCON | MOTION FOR CONTINUANCE | 07/23/2013 | 07/23/2013 | THIS DOCUMENT IS SEALED |
| 117 | AFDV | AFFIDAVIT FILED | 07/23/2013 | 07/23/2013 | THIS DOCUMENT IS SEALED |
| 118 | AFDV | AFFIDAVIT FILED | 07/23/2013 | 07/23/2013 | THIS DOCUMENT IS SEALED |
| 119 | AFDV | AFFIDAVIT FILED | 07/23/2013 | 07/23/2013 | THIS DOCUMENT IS SEALED |
| 120 | NOSV | NOTICE OF SERVICE | 07/25/2013 | 07/24/2013 | |
| 121 | NOSV | NOTICE OF SERVICE | 07/31/2013 | 07/29/2013 | |
| 122 | PTCH | PRETRIAL CONFERENCE HEARING | 08/06/2013 | 08/06/2013 | |
| 123 | NGJT | NOT GUILTY JURY TRIAL DOCKET | 12/05/2013 | 12/05/2013 | |
| 124 | DOCU | DOCUMENT | 08/13/2013 | 08/13/2013 | THIS DOCUMENT IS SEALED |
| 125 | MOTN | MOTION | 08/13/2013 | 08/13/2013 | THIS DOCUMENT IS SEALED |
| 126 | ORDR | ORDER | 08/13/2013 | 08/13/2013 | THIS DOCUMENT IS SEALD |
| 127 | DOCU | DOCUMENT | 08/13/2013 | 08/13/2013 | THIS DOCUMENT IS SEALED |
| 128 | MOTN | MOTION | 08/13/2013 | 08/13/2013 | THIS DOCUMENT IS SEALED |
| 129 | ORDR | ORDER | 08/13/2013 | 08/13/2013 | THIS DOCUMENT IS SEALED |
| 130 | ORDR | ORDER | 08/13/2013 | 08/13/2013 | |
| 131 | ORDR | ORDER | 08/13/2013 | 08/13/2013 | |
| 132 | MOTN | MOTION | 08/22/2013 | 05/20/2013 | THIS DOCUMENT IS SEALED |

# CASE SUMMARY

Case number:2012434109
Style:Texas, The State of
vs. SUNIGA, BRIAN

File Date:02/29/2012
Disposition Date:05/15/2014

Case Type:CAPITAL MURDER-OTH FELONY
Court:D140

| Events | Code | Description | Event Date | Actn Date | Comments |
|---|---|---|---|---|---|
| 133 | PTMO | PRETRIAL MOTION | 03/11/2014 | 03/11/2014 | FOR FUNDS FOR SUITABLE |
| 134 | PTOR | PRETRIAL ORDER | 03/11/2014 | 03/11/2014 | GRANTING MTN FOR FUNDS FOR |
| 135 | PTMO | PRETRIAL MOTION | 03/11/2014 | 03/11/2014 | FOR FUNDING SERVICES ALLIANCE |
| 136 | PTOR | PRETRIAL ORDER | 03/11/2014 | 03/11/2014 | GRANTING FUNDING MTN EXP SVC |
| 137 | DOCU | DOCUMENT | 03/11/2014 | 03/11/2014 | INSTRUCTIONS FOR JUROR |
| 138 | DOCU | DOCUMENT | 03/12/2014 | 03/12/2014 | SEE NOTES FOR COMPLETE TITLE |
| 139 | DSEP | DESIGNATION OF EXPERT | 03/12/2014 | 03/12/2014 | STATE'S 1ST SUPP DES OF EXP |
| 140 | WITL | WITNESS LIST | 03/12/2014 | 03/12/2014 | STATE'S WITNESS LIST |
| 141 | NOEE | NOTICE OF EXTRA EVID | 03/12/2014 | 03/12/2014 | STATE'S 1ST SUPP NOEE |
| 142 | ORDR | ORDER | 03/11/2014 | 03/11/2014 | GRANTING MOTN FUNDS |
| 143 | ORDR | ORDER | 03/11/2014 | 03/11/2014 | GRANTING FUNDING MOTN EXP |
| 144 | NOEE | NOTICE OF EXTRA EVID | 03/14/2014 | 03/14/2014 | STATES' 2ND SUPP NOEE |
| 145 | RQST | REQUEST | 03/17/2014 | 03/17/2014 | CRIMINAL PROCESS REQUEST |
| 146 | SPAP | SUBPOENA APPLICATION | 03/17/2014 | 03/17/2014 | |
| 147 | SPNA | SUBPOENA ISSUED | 03/18/2014 | 05/05/2014 | |
| 148 | RQST | REQUEST | 03/18/2014 | 03/18/2014 | CRIMINAL PROCESS REQUEST |
| 149 | SPAP | SUBPOENA APPLICATION | 03/18/2014 | 03/18/2014 | |
| 150 | SPNA | SUBPOENA ISSUED | 03/18/2014 | 05/05/2014 | |
| 151 | SPNA | SUBPOENA ISSUED | 03/18/2014 | 05/05/2014 | |
| 152 | SPNA | SUBPOENA ISSUED | 03/18/2014 | 05/05/2014 | |
| 153 | SPNA | SUBPOENA ISSUED | 03/18/2014 | 05/05/2014 | |
| 154 | SPNA | SUBPOENA ISSUED | 03/18/2014 | 05/05/2014 | |
| 155 | SPNA | SUBPOENA ISSUED | 03/18/2014 | 05/05/2014 | |
| 156 | SPNA | SUBPOENA ISSUED | 03/18/2014 | 05/05/2014 | |
| 157 | SPNA | SUBPOENA ISSUED | 03/18/2014 | 05/05/2014 | |
| 158 | SPNA | SUBPOENA ISSUED | 03/18/2014 | 05/05/2014 | |
| 159 | SPNA | SUBPOENA ISSUED | 03/18/2014 | 05/05/2014 | |
| 160 | SPNA | SUBPOENA ISSUED | 03/18/2014 | 05/05/2014 | |
| 161 | RCPT | RECEIPT | 03/18/2014 | 03/18/2014 | PICK-UP RECEIPT |
| 162 | RCPT | RECEIPT | 03/18/2014 | 03/18/2014 | PICK-UP RECEIPT |
| 163 | RQST | REQUEST | 03/21/2014 | 03/21/2014 | |
| 164 | SPDT | SUBPOENA DUCES TECUM | 03/21/2014 | 03/21/2014 | |
| 165 | SPAP | SUBPOENA APPLICATION | 03/21/2014 | 03/21/2014 | |

# CASE SUMMARY

Case number:2012434109
Style: Texas, The State of
vs. SUNIGA, BRIAN

File Date:02/29/2012
Disposition Date:05/15/2014

Case Type: CAPITAL MURDER-OTH FELONY
Court: D140

| Events | Code | Description | Event Date | Actn Date | Comments |
|---|---|---|---|---|---|
| 166 | RCPT | RECEIPT | 03/21/2014 | 03/21/2014 | PICK-UP RECEIPT |
| 167 | PTMO | PRETRIAL MOTION | 03/25/2014 | 03/25/2014 | STATE'S DISCOVERY |
| 168 | SSRV | SUBPOENA SERVED | 03/25/2014 | 03/24/2014 | |
| 169 | RQST | REQUEST | 03/25/2014 | 03/25/2014 | CRIMINAL PROCESS REQUEST |
| 170 | SPAP | SUBPOENA APPLICATION | 03/25/2014 | 03/25/2014 | |
| 171 | SPAP | SUBPOENA APPLICATION | 03/25/2014 | 03/25/2014 | |
| 172 | SPAP | SUBPOENA APPLICATION | 03/25/2014 | 03/25/2014 | |
| 173 | SPDT | SUBPOENA DUCES TECUM | 03/26/2014 | 03/26/2014 | |
| 174 | SPDT | SUBPOENA DUCES TECUM | 03/26/2014 | 03/26/2014 | |
| 175 | SPDT | SUBPOENA DUCES TECUM | 03/26/2014 | 03/26/2014 | |
| 176 | RCPT | RECEIPT | 03/26/2014 | 03/26/2014 | PICK-UP RECEIPT |
| 177 | WITL | WITNESS LIST | 03/28/2014 | 03/28/2014 | STATE'S 1ST SUPP WITNESS LIST |
| 178 | PTMO | PRETRIAL MOTION | 03/31/2014 | 03/26/2014 | FOR RELEASE OF RECORDS |
| 179 | PTOR | PRETRIAL ORDER | 03/31/2014 | 03/27/2014 | FOR RELEASE OF RECORDS |
| 180 | RQST | REQUEST | 03/31/2014 | 03/31/2014 | CRIMINAL PROCESS REQUEST |
| 181 | SPAP | SUBPOENA APPLICATION | 03/31/2014 | 03/31/2014 | |
| 182 | SPNA | SUBPOENA ISSUED | 04/02/2014 | 05/05/2014 | |
| 183 | SPNA | SUBPOENA ISSUED | 04/02/2014 | 05/05/2014 | |
| 184 | MOTN | MOTION | 04/02/2014 | 03/24/2014 | |
| 185 | ORDR | ORDER | 04/02/2014 | 04/01/2014 | |
| 186 | SSRV | SUBPOENA SERVED | 04/03/2014 | 04/03/2014 | |
| 187 | SSRV | SUBPOENA SERVED | 04/03/2014 | 04/03/2014 | |
| 188 | RCPT | RECEIPT | 04/02/2014 | 04/02/2014 | PICK-UP RECEIPT |
| 189 | DOCU | DOCUMENT | 04/04/2014 | 04/03/2014 | |
| 190 | DSEP | DESIGNATION OF EXPERT | 04/07/2014 | 04/07/2014 | DEF DESIGNATION OF EXPERT |
| 191 | RQST | REQUEST | 04/07/2014 | 04/07/2014 | CRIMINAL PROCESS REQUEST |
| 192 | SPAP | SUBPOENA APPLICATION | 04/07/2014 | 04/07/2014 | |
| 193 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 194 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 195 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 196 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 197 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 198 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |

# CASE SUMMARY

**Case number:**2012434109

**Style:** Texas, The State of
**vs.** SUNIGA, BRIAN

**Case Type:**CAPITAL MURDER-OTH FELONY
**Court:**D140

**File Date:**02/29/2012
**Disposition Date:**05/15/2014

| Events | Code | Description | Event Date | Actn Date | Comments |
|---|---|---|---|---|---|
| 199 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 200 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 201 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 202 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 203 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 204 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 205 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 206 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 207 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 208 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 209 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 210 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 211 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 212 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 213 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 214 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 215 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 216 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 217 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 218 | SPNA | SUBPOENA ISSUED | 04/08/2014 | 05/05/2014 | |
| 219 | RCPT | RECEIPT | 04/09/2014 | 04/09/2014 | PICK-UP RECEIPT |
| 220 | SSRV | SUBPOENA SERVED | 04/15/2014 | 04/14/2014 | |
| 221 | SSRV | SUBPOENA SERVED | 04/16/2014 | 04/15/2014 | |
| 222 | RQST | REQUEST | 04/15/2014 | 04/15/2014 | CRIMINAL PROCESS REQUEST |
| 223 | SPAP | SUBPOENA APPLICATION | 04/15/2014 | 04/15/2014 | |
| 224 | SPDT | SUBPOENA DUCES TECUM | 04/16/2014 | 04/16/2014 | |
| 225 | SSRV | SUBPOENA SERVED | 04/16/2014 | 04/16/2014 | |
| 226 | RCPT | RECEIPT | 04/16/2014 | 04/16/2014 | PICK-UP RECEIPT |
| 227 | SSRV | SUBPOENA SERVED | 04/21/2014 | 04/21/2014 | |
| 228 | RQST | REQUEST | 04/22/2014 | 04/22/2014 | CRIMINAL PROCESS REQUEST |
| 229 | SPAP | SUBPOENA APPLICATION | 04/22/2014 | 04/22/2014 | |
| 230 | SPNA | SUBPOENA ISSUED | 04/24/2014 | 05/05/2014 | |
| 231 | SPNA | SUBPOENA ISSUED | 04/24/2014 | 05/05/2014 | |

# CASE SUMMARY

Case number:2012434109
Style: Texas, The State of
vs. SUNIGA, BRIAN

File Date:02/29/2012
Disposition Date:05/15/2014

Case Type:CAPITAL MURDER-OTH FELONY
Court: D140

| Events | Code | Description | Event Date | Actn Date | Comments |
|--------|------|-------------|------------|-----------|----------|
| 232 | SPNA | SUBPOENA ISSUED | 04/24/2014 | 05/05/2014 | |
| 233 | SPNA | SUBPOENA ISSUED | 04/24/2014 | 05/05/2014 | |
| 234 | SPNA | SUBPOENA ISSUED | 04/24/2014 | 05/05/2014 | |
| 235 | RQST | REQUEST | 04/22/2014 | 04/22/2014 | CRIMINAL PROCESS REQUEST |
| 236 | SPAP | SUBPOENA APPLICATION | 04/22/2014 | 04/22/2014 | |
| 237 | SPNA | SUBPOENA ISSUED | 04/24/2014 | 05/05/2014 | |
| 238 | SPNA | SUBPOENA ISSUED | 04/24/2014 | 05/05/2014 | |
| 239 | SPNA | SUBPOENA ISSUED | 04/24/2014 | 05/05/2014 | |
| 240 | SPNA | SUBPOENA ISSUED | 04/24/2014 | 05/05/2014 | |
| 241 | SPNA | SUBPOENA ISSUED | 04/24/2014 | 05/05/2014 | |
| 242 | SPNA | SUBPOENA ISSUED | 04/24/2014 | 05/05/2014 | |
| 243 | RQST | REQUEST | 04/23/2014 | 04/23/2014 | CRIMINAL PROCESS REQUEST |
| 244 | SPAP | SUBPOENA APPLICATION | 04/23/2014 | 04/23/2014 | |
| 245 | SPNA | SUBPOENA ISSUED | 04/24/2014 | 05/05/2014 | |
| 246 | SPNA | SUBPOENA ISSUED | 04/24/2014 | 05/05/2014 | |
| 247 | SPNA | SUBPOENA ISSUED | 04/24/2014 | 05/05/2014 | |
| 248 | SPNA | SUBPOENA ISSUED | 04/24/2014 | 05/05/2014 | |
| 249 | SPNA | SUBPOENA ISSUED | 04/24/2014 | 05/05/2014 | |
| 250 | RQST | REQUEST | 04/24/2014 | 04/24/2014 | CRIMINAL PROCESS REQUEST |
| 251 | SPAP | SUBPOENA APPLICATION | 04/24/2014 | 04/24/2014 | |
| 252 | SPAP | SUBPOENA APPLICATION | 04/24/2014 | 04/24/2014 | |
| 253 | SPAP | SUBPOENA APPLICATION | 04/24/2014 | 04/24/2014 | |
| 254 | SPDT | SUBPOENA DUCES TECUM | 04/24/2014 | 04/24/2014 | |
| 255 | SPDT | SUBPOENA DUCES TECUM | 04/24/2014 | 04/24/2014 | |
| 256 | SPDT | SUBPOENA DUCES TECUM | 04/24/2014 | 04/24/2014 | |
| 257 | SPNA | SUBPOENA ISSUED | 04/24/2014 | 05/05/2014 | |
| 258 | RCPT | RECEIPT | 04/24/2014 | 04/24/2014 | PICK-UP RECEIPT |
| 259 | RCPT | RECEIPT | 04/24/2014 | 04/24/2014 | PICK-UP RECEIPT |
| 260 | RCPT | RECEIPT | 04/24/2014 | 04/24/2014 | PICK-UP RECEIPT |
| 261 | ORDR | ORDER | 04/25/2014 | 04/24/2014 | NEWS COMMUNICATION GAG |
| 262 | RQST | REQUEST | 04/25/2014 | 04/25/2014 | CRIMINAL PROCESS REQUEST |
| 263 | SPAP | SUBPOENA APPLICATION | 04/25/2014 | 04/25/2014 | |
| 264 | SPNA | SUBPOENA ISSUED | 04/25/2014 | 04/28/2014 | |

# CASE SUMMARY

Case number:2012434109
Style: Texas, The State of
vs. SUNIGA, BRIAN

Case Type:CAPITAL MURDER-OTH FELONY
Court: D140

File Date:02/29/2012
Disposition Date:05/15/2014

| Events | Code | Description | Event Date | Actn Date | Comments |
|--------|------|-------------|------------|-----------|----------|
| 265 | SSRV | SUBPOENA SERVED | 04/28/2014 | 04/24/2014 | |
| 266 | SSRV | SUBPOENA SERVED | 04/28/2014 | 04/24/2014 | |
| 267 | SSRV | SUBPOENA SERVED | 04/28/2014 | 04/24/2014 | |
| 268 | SSRV | SUBPOENA SERVED | 04/28/2014 | 04/24/2014 | |
| 269 | SSRV | SUBPOENA SERVED | 04/28/2014 | 04/24/2014 | |
| 270 | MOTN | MOTION | 04/25/2014 | 04/25/2014 | CHANGE OF VENUE/DM OF |
| 271 | AFDV | AFFIDAVIT FILED | 04/28/2014 | 04/27/2014 | CONTROVERTING AFFIDAVIT |
| 272 | AFDV | AFFIDAVIT FILED | 04/28/2014 | 04/26/2014 | CONTROVERTING AFFIDAVIT |
| 273 | AFDV | AFFIDAVIT FILED | 04/28/2014 | 04/27/2014 | CONTROVERTING AFFIDAVIT |
| 274 | RCPT | RECEIPT | 04/25/2014 | 04/25/2014 | PICK-UP RECEIPT |
| 275 | RCPT | RECEIPT | 04/25/2014 | 04/25/2014 | PICK-UP RECEIPT |
| 276 | SSRV | SUBPOENA SERVED | 05/01/2014 | 04/29/2014 | |
| 277 | SSRV | SUBPOENA SERVED | 05/01/2014 | 04/29/2014 | |
| 278 | RQST | REQUEST | 05/01/2014 | 05/01/2014 | CRIMINAL PROCESS REQUEST |
| 279 | SPAP | SUBPOENA APPLICATION | 05/01/2014 | 05/01/2014 | |
| 280 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/05/2014 | |
| 281 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/05/2014 | |
| 282 | RQST | REQUEST | 05/01/2014 | 05/01/2014 | CRIMINAL PROCESS REQUEST |
| 283 | SPAP | SUBPOENA APPLICATION | 05/01/2014 | 05/01/2014 | |
| 284 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 285 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 286 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 287 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 288 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 289 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 290 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 291 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 292 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 293 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 294 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 295 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 296 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 297 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |

# CASE SUMMARY

Case number:2012434109
Style: Texas, The State of
vs. SUNIGA, BRIAN

File Date:02/29/2012
Disposition Date:05/15/2014

Case Type:CAPITAL MURDER-OTH FELONY
Court: D140

| Events | Code | Description | Event Date | Actn Date | Comments |
|--------|------|-------------|------------|-----------|----------|
| 298 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 299 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 300 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 301 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 302 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 303 | SPNA | SUBPOENA ISSUED | 05/02/2014 | 05/12/2014 | |
| 304 | APPC | APPLICATION | 05/05/2014 | 05/05/2014 | FOR BENCH WARRANT |
| 305 | RQST | REQUEST | 05/05/2014 | 05/05/2014 | CRIMINAL PROCESS REQUEST |
| 306 | SPAP | SUBPOENA APPLICATION | 05/05/2014 | 05/05/2014 | |
| 307 | SPNA | SUBPOENA ISSUED | 05/05/2014 | 05/12/2014 | |
| 308 | RCPT | RECEIPT | 05/05/2014 | 05/05/2014 | PICK UP RECEIPT |
| 309 | RCPT | RECEIPT | 05/05/2014 | 05/05/2014 | PICK UP RECEIPT |
| 310 | RQST | REQUEST | 05/07/2014 | 05/07/2014 | CRIMINAL PROCESS REQUEST |
| 311 | SPAP | SUBPOENA APPLICATION | 05/07/2014 | 05/07/2014 | |
| 312 | SPNA | SUBPOENA ISSUED | 05/08/2014 | 05/13/2014 | |
| 313 | RQST | REQUEST | 05/07/2014 | 05/07/2014 | CRIMINAL PROCESS REQUEST |
| 314 | SPAP | SUBPOENA APPLICATION | 05/07/2014 | 05/07/2014 | |
| 315 | SPNA | SUBPOENA ISSUED | 05/08/2014 | 05/13/2014 | |
| 316 | SPNA | SUBPOENA ISSUED | 05/08/2014 | 05/13/2014 | |
| 317 | SPNA | SUBPOENA ISSUED | 05/08/2014 | 05/13/2014 | |
| 318 | BENW | BENCH WARRANT | 05/08/2014 | 05/09/2014 | |
| 319 | RQST | REQUEST | 05/09/2014 | 05/09/2014 | |
| 320 | SPAP | SUBPOENA APPLICATION | 05/09/2014 | 05/09/2014 | |
| 321 | SPNA | SUBPOENA ISSUED | 05/09/2014 | 05/12/2014 | |
| 322 | SPNA | SUBPOENA ISSUED | 05/09/2014 | 05/12/2014 | |
| 323 | SPNA | SUBPOENA ISSUED | 05/09/2014 | 05/12/2014 | |
| 324 | SPNA | SUBPOENA ISSUED | 05/09/2014 | 05/12/2014 | |
| 325 | SPNA | SUBPOENA ISSUED | 05/09/2014 | 05/12/2014 | |
| 326 | DOCU | DOCUMENT | 05/09/2014 | 05/09/2014 | PICK-UP RECEIPT |
| 327 | DOCU | DOCUMENT | 05/08/2014 | 05/08/2014 | PICK-UP RECEIPT |
| 328 | DOCU | DOCUMENT | 05/08/2014 | 05/08/2014 | PICK-UP RECEIPT |
| 329 | SSRV | SUBPOENA SERVED | 05/12/2014 | 04/12/2014 | |
| 330 | WITL | WITNESS LIST | 05/12/2014 | 05/12/2014 | STATE'S 4TH SUPP. WITNESS LIST |

# CASE SUMMARY

Case number:2012434109
Style:Texas, The State of
vs. SUNIGA, BRIAN

File Date:02/29/2012
Disposition Date:05/15/2014

Case Type:CAPITAL MURDER-OTH FELONY
Court:D140

| Events | Code | Description | Event Date | Actn Date | Comments |
|---|---|---|---|---|---|
| 331 | MOTN | MOTION | 05/12/2014 | 05/12/2014 | DEF'S 2ND MOTION FOR CHANGE |
| 332 | RQST | REQUEST | 05/12/2014 | 05/12/2014 | CRIMINAL PROCESS REQUEST |
| 333 | SPAP | SUBPOENA APPLICATION | 05/12/2014 | 05/12/2014 | |
| 334 | SPNA | SUBPOENA ISSUED | 05/12/2014 | 05/13/2014 | |
| 335 | SPNA | SUBPOENA ISSUED | 05/12/2014 | 05/13/2014 | |
| 336 | SPNA | SUBPOENA ISSUED | 05/12/2014 | 05/13/2014 | |
| 337 | SPAP | SUBPOENA APPLICATION | 05/13/2014 | 05/13/2014 | |
| 338 | PTMO | PRETRIAL MOTION | 05/13/2014 | 05/06/2014 | STATE'S 3RD SUPP NOEE |
| 339 | PTMO | PRETRIAL MOTION | 05/13/2014 | 05/06/2014 | STATE'S 4TH SUPP NOEE |
| 340 | PTMO | PRETRIAL MOTION | 05/13/2014 | 05/13/2014 | STATE'S 5TH SUPP NOEE |
| 341 | PTMO | PRETRIAL MOTION | 05/13/2014 | 05/13/2014 | STATE'S 1ST SUPP NOTICE OF |
| 342 | WITL | WITNESS LIST | 05/13/2014 | 05/13/2014 | STATE'S 2ND SUPP WITNESS LIST |
| 343 | WITL | WITNESS LIST | 05/13/2014 | 05/13/2014 | STATE'S 3RD SUPP WITNESS LIST |
| 344 | SPDT | SUBPOENA DUCES TECUM | 05/13/2014 | 05/12/2014 | |
| 345 | DOCU | DOCUMENT | 05/12/2014 | 05/12/2014 | PICK-UP RECEIPT |
| 346 | SSRV | SUBPOENA SERVED | 05/13/2014 | 05/13/2014 | |
| 347 | SSRV | SUBPOENA SERVED | 05/13/2014 | 05/13/2014 | |
| 348 | SSRV | SUBPOENA SERVED | 05/13/2014 | 05/08/2014 | |
| 349 | SSRV | SUBPOENA SERVED | 05/14/2014 | 05/14/2014 | |
| 350 | SSRV | SUBPOENA SERVED | 05/21/2014 | 05/09/2014 | |
| 351 | JPSS | JURY PANEL SELECTED AND | 05/13/2014 | 05/13/2014 | |
| 352 | RQST | REQUEST | 05/27/2014 | 05/27/2014 | |
| 353 | ORDR | ORDER | 05/27/2014 | 05/09/2014 | |
| 354 | MOTN | MOTION | 05/29/2014 | 05/29/2014 | TO SEAL EVIDENCE |
| 355 | SRNS | SERVICE NOT ISS BY DC | 05/27/2014 | 05/27/2014 | |
| 356 | SRNS | SERVICE NOT ISS BY DC | 05/27/2014 | 05/27/2014 | |
| 357 | SRSD | SERVICE NOT ISS BY DC SERVED | 05/27/2014 | 05/05/2014 | |
| 358 | SRSD | SERVICE NOT ISS BY DC SERVED | 05/27/2014 | 05/09/2014 | |
| 359 | SRSD | SERVICE NOT ISS BY DC SERVED | 05/27/2014 | 05/12/2014 | |
| 360 | SRSD | SERVICE NOT ISS BY DC SERVED | 05/27/2014 | 05/10/2014 | |
| 361 | ORDR | ORDER | 05/29/2014 | 05/29/2014 | TO SEAL EVIDENCE |
| 362 | ORDR | ORDER | 05/29/2014 | 05/27/2014 | ORDER AND NOTICE |
| 363 | SSRV | SUBPOENA SERVED | 06/02/2014 | 04/25/2014 | |

# CASE SUMMARY

Case number:2012434109

File Date:02/29/2012
Disposition Date:05/15/2014

Style: Texas, The State of
vs. SUNIGA, BRIAN

Case Type: CAPITAL MURDER-OTH FELONY
Court: D140

| Events | Code | Description | Event Date | Actn Date | Comments |
|--------|------|-------------|------------|-----------|----------|
| 364 | SSRV | SUBPOENA SERVED | 06/02/2014 | 04/25/2014 | |
| 365 | SSRV | SUBPOENA SERVED | 06/02/2014 | 04/08/2014 | |
| 366 | SSRV | SUBPOENA SERVED | 06/02/2014 | 05/13/2014 | |
| 367 | SSRV | SUBPOENA SERVED | 06/02/2014 | 04/28/2014 | |
| 368 | SSRV | SUBPOENA SERVED | 06/02/2014 | 04/28/2014 | |
| 369 | SSRV | SUBPOENA SERVED | 06/02/2014 | 05/12/2014 | |
| 370 | SSRV | SUBPOENA SERVED | 06/02/2014 | 04/08/2014 | |
| 371 | JURY | JURY SELECTION LIST | 04/15/2014 | 04/15/2014 | |
| 372 | DOCU | DOCUMENT | 05/15/2014 | 05/15/2014 | DF'S REQUESTED JURY |
| 373 | CCJR | COURT CHARGE TO THE JURY | 05/15/2014 | 05/15/2014 | |
| 374 | VERD | VERDICT | 05/15/2014 | 05/15/2014 | GUILTY |
| 375 | OBJT | OBJECTION FILED | 05/19/2014 | 05/19/2014 | |
| 376 | OBJT | OBJECTION FILED | 05/19/2014 | 05/19/2014 | DF'S OBJECTIONS TO THE CHARGE |
| 377 | DOCU | DOCUMENT | 04/15/2014 | 04/15/2014 | NOTE FROM JUDGE TO |
| 378 | CCPN | COURT CHARGE ON PUNISHMENT | 05/20/2014 | 05/20/2014 | |
| 379 | VERD | VERDICT | 05/20/2014 | 05/20/2014 | SPECIAL ISSUE #1 |
| 380 | VERD | VERDICT | 05/20/2014 | 05/20/2014 | SPECIAL ISSUE #2 |
| 381 | VERD | VERDICT | 05/20/2014 | 05/20/2014 | SPECIAL ISSUE #3 |
| 382 | OSSL | ORDER / SHERIFFS SLIP | 06/03/2014 | 05/20/2014 | WITNESS M ZUNIGA CAN BE |
| 383 | OSSL | ORDER / SHERIFFS SLIP | 06/03/2014 | 05/20/2014 | DEATH |
| 384 | TCCA | TRIAL CT CERT OF APPEAL | 06/03/2014 | 05/20/2014 | |
| 385 | NJDP | NG/P JURY-DEATH PENALTY | 06/03/2014 | 05/15/2014 | |
| 386 | SENT | SENTENCE | 06/03/2014 | 05/20/2014 | |
| 387 | OPAF | ORDER TO PAY ATTORNEY FEE | 06/03/2014 | 06/02/2014 | |
| 388 | ORDR | ORDER | 06/03/2014 | 06/02/2014 | TO W/DRAW FUNDS |
| 389 | LETT | LETTER | 06/04/2014 | 06/04/2014 | TO WITHDRAW FUNDS |
| 390 | ATTP | ATTORNEY APPOINTMENT | 06/05/2014 | 06/05/2014 | |
| 391 | STFC | STATEMENT OF FACTS | 06/05/2014 | 05/20/2014 | DEATH SENTENCE |
| 392 | OCAA | ORDER COURT APPOINTED | 06/06/2014 | 06/05/2014 | & ORDERING RECORD ON APPEAL |
| 393 | OPAY | ORDER FOR PAYMENT | 06/06/2014 | 05/29/2014 | SARAH ROTHWELL-EXPERT |
| 394 | OPAY | ORDER FOR PAYMENT | 06/06/2014 | 05/29/2014 | SLR CONSULTING-EXPERT |
| 395 | NOTC | NOTICE | 06/11/2014 | 06/11/2014 | |
| 396 | MNTR | MOTION FOR NEW TRIAL | 06/12/2014 | 06/12/2014 | |

# CASE SUMMARY

Case number:2012434109
Style:Texas, The State of
vs. SUNIGA, BRIAN

Case Type:CAPITAL MURDER-OTH FELONY
Court: D140

File Date:02/29/2012
Disposition Date:05/15/2014

| Events | Code | Description | Event Date | Actn Date | Comments |
|---|---|---|---|---|---|
| 397 | DOCU | DOCUMENT | 06/13/2014 | 06/12/2014 | PAYMENT FOR SERVICES |
| 398 | OPAY | ORDER FOR PAYMENT | 06/18/2014 | 06/18/2014 | TERRY HANSHEW OCR |
| 399 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 400 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 401 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 402 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 403 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 404 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 405 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 406 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 407 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 408 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 409 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 410 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 411 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 412 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 413 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 414 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 415 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 416 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 417 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 418 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 419 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 420 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 421 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 422 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 423 | DOCU | DOCUMENT | 06/24/2014 | 05/20/2014 | SEALED DOCUMENT |
| 424 | NOTC | NOTICE | 06/24/2014 | 06/24/2014 | |
| 425 | LETT | LETTER | 06/27/2014 | 06/24/2014 | |
| 426 | RQST | REQUEST | 06/27/2014 | 06/27/2014 | DESIGNATION OF RECORD ON |
| 427 | LETT | LETTER | 06/27/2014 | 06/23/2014 | |
| 428 | DOCU | DOCUMENT | 07/02/2014 | 09/17/2014 | APPEAL TIMETABLE |
| 429 | OPAY | ORDER FOR PAYMENT | 07/30/2014 | 07/17/2014 | HANSHEW - COURT REPORTER |

# CASE SUMMARY

Case number:2012434109
Style:Texas, The State of
vs. SUNIGA, BRIAN

File Date:02/29/2012
Disposition Date:05/15/2014

Case Type:CAPITAL MURDER-OTH FELONY
Court: D140

| Events | Code | Description | Event Date | Actn Date | Comments |
|--------|------|-------------|------------|-----------|----------|
| 430 | NRET | NOTICE RETURNED CERTIFIED | 08/01/2014 | 06/27/2014 | |
| 431 | CLRC | CLERKS RECORD | 09/16/2014 | 09/16/2014 | VOLUME 1 OF 3 |
| 432 | CLRC | CLERKS RECORD | 09/16/2014 | 09/16/2014 | VOLUME 2 OF 3 |
| 433 | CLRC | CLERKS RECORD | 09/16/2014 | 09/16/2014 | VOLUME 3 OF 3 |
| 434 | NOTC | NOTICE | 09/17/2014 | 09/17/2014 | |
| 435 | NOTC | NOTICE | 09/17/2014 | 09/17/2014 | |
| 436 | NOTC | NOTICE | 09/22/2014 | 09/19/2014 | CCA RECEIVED CLRC 09/19/2014 |
| 437 | LETT | LETTER | 09/29/2014 | 09/29/2014 | |
| 438 | DOCU | DOCUMENT | 10/02/2014 | 09/27/2014 | COURT REPORTER'S INVOICE |
| 439 | NRET | NOTICE RETURNED CERTIFIED | 10/07/2014 | 09/19/2014 | |
| 440 | CMPM | COMMITMENT PENDING | 10/08/2014 | 10/08/2014 | |
| 441 | CMRT | COMMITMENT RETURNED TIME | 10/31/2014 | 10/30/2014 | |
| 442 | DOCU | DOCUMENT | 11/03/2014 | 10/30/2014 | COURT REPORTER'S INVOICE |
| 443 | DOCU | DOCUMENT | 12/17/2014 | 10/30/2014 | INVOICE FOR PAYMENT OF RREC |
| 444 | DOCU | DOCUMENT | 01/06/2015 | 01/06/2015 | SEALED DOCUMENT |
| 445 | DOCU | DOCUMENT | 01/29/2015 | 01/26/2015 | INVOICE FOR REPORTER'S RECORD |
| 446 | MOTN | MOTION | 01/15/2015 | 01/15/2015 | STATE'S MOTN TO WITHDRAW |
| 447 | ORDR | ORDER | 01/15/2015 | 01/15/2015 | ON STATE'S MOTN TO WITHDRAW |
| 448 | DOCU | DOCUMENT | 03/27/2015 | 03/25/2015 | INVOICE FOR REPORTER'S RECORD |
| 449 | DOCU | DOCUMENT | 03/27/2015 | 03/25/2015 | INVOICE FOR REPORTER'S RECORD |